Decided September 8, 2004

### PRISCILLA MARFO *v.* KOBINA HAGAN

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 902 (AC 23216), is denied.

*Kobina Hagan,* pro se, in support of the petition.

Decided September 15, 2004

### STATE OF CONNECTICUT *v.* SHAWN CROCKER

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 615 (AC 23269), is denied.

*Adele V. Patterson,* assistant public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided September 15, 2004

### STATE OF CONNECTICUT *v.* CHRISTOPHER COLEMAN

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 672 (AC 23424), is denied.